IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY J. SAMANGO, JR., | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | NO. 11-819 |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

| ANTHONY J. SAMANGO, III, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | NO. 11-1789 |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 12th day of June 2012, upon consideration of the Motion to Withdraw as Counsel for Plaintiffs (Doc. No. 36), the United States' Response to the Motion to Withdraw as Counsel for Plaintiffs (Doc. No. 43), and for reasons stated on the record during a hearing held on June 11, 2012 with counsel for the parties and Plaintiffs, it is **ORDERED** that the Motion to Withdraw as Counsel for Plaintiffs is DENIED.

BY THE COURT:


 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.