# **EXHIBIT 2**
*(Samango III Dep Excerpts)*

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. CA-11-CV-00819 (JHS)

_____

ANTHONY J. SAMANGO, JR.,

    Plaintiffs,    ORAL DEPOSITION OF:

    -vs-      ANTHONY JOHN
            SAMANGO, III

UNITED STATES OF AMERICA,

    Defendant.

_____


   *   *   *   *


TUESDAY, DECEMBER 20, 2011

   *   *   *   *




MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

Anthony John Samango, III    December 20, 2011

Page 8

1      Q.      Are you on any type of medication that
2   could impair your ability to give truthful answers?
3      A.      No.
4      Q.      Are there any other reasons that you
5   can't testify truthfully today?
6      A.      No.
7      Q.      Would you please state your name for
8   the record?
9      A.      Anthony John Samango, III.
10     Q.      Do you go by any other names,
11  nicknames?
12     A.      No.
13     Q.      Who is Anthony Samango, Junior?
14     A.      My father.
15     Q.      Where do you live?
16     A.      2580 Brandon Court, Lansdale,
17  Pennsylvania.
18     Q.      Do you live with your father?
19     A.      Yes.
20     Q.      And how long have you been living at
21  2580 Brandon Court?
22     A.      More than five years.
23     Q.      In 2005, where were you living?
24     A.      I believe I was there.
25     Q.      Are you familiar with the address 717

Anthony John Samango, III    December 20, 2011

Page 9

1    South Columbus Boulevard, Philadelphia, Pennsylvania?

2         A.    I believe I rented a condo there or an

3    apartment there a while back.  It was an apartment.

4         Q.    What is the name of the building?

5         A.    Dockside.

6         Q.    Dockside.  Did you sign a lease?

7         A.    Yes.

8         Q.    And who did you rent it from?

9         A.    The owner.  I don't know who that was.

10        Q.    And how long were you --

11        A.    Several years.

12        Q.    Do you know what years?

13        A.    It was early 2000, early 2000s.

14        Q.    Did it include 2005?

15        A.    Possibly, I can't remember.

16        Q.    Did you live alone?

17        A.    Yes.

18        Q.    What was the apartment number?

19        A.    I don't remember right now.

20        Q.    Was it a penthouse?

21        A.    They didn't have penthouses there.

22    They were all one level, so I don't know.

23        Q.    Was it the top floor?

24        A.    Yes.

25        Q.    So you lived on the top floor of this

Anthony John Samango, III       December 20, 2011

Page 10

```
 1    Dockside Avenue -- was that the name of the apartment

 2    building, Dockside Avenue?

 3         A.      No, I think it was just Dockside.

 4         Q.      Okay.  Did you ever use this as a

 5    business address?

 6         A.      No.

 7         Q.      And how many bedrooms was it?

 8         A.      One.

 9         Q.      How was it that you decided to live at

10    Dockside?

11                 How did you pick the apartment?

12         A.      I don't know how to answer that

13    question.

14         Q.      Were you looking for an apartment?

15         A.      Yeah, I was looking for an apartment,

16    yes.

17         Q.      How did you learn of this rental

18    property?

19         A.      We did some work there, concrete work

20    there.

21         Q.      Carson Concrete?

22         A.      Yes.

23         Q.      Did Carson Concrete build the

24    structure?

25         A.      Yes.
```

Anthony John Samango, III    December 20, 2011

Page 14

1          A.        It would have been my father or myself.

2          Q.        In 2005, you were an estimator,

3   correct?

4          A.        Yes.

5          Q.        And how long have you been an

6   estimator?

7                    Were you an estimator before you became

8   vice president of Carson Concrete?

9          A.        Yes.

10         Q.        How long were you an estimator?

11         A.        Well, I started in the office in 1999

12  right after college and I guess I was an assistant

13  estimator before that, I guess you would say.

14         Q.        So you became the estimator in 1999?

15         A.        No, I was assistant estimator in 1999

16  through -- I don't know the exact year.  And then it

17  just kind of evolved to an estimator.  It's pretty

18  much the same thing.

19         Q.        So by 2005 you were the estimator?

20         A.        Correct.

21         Q.        Other than working at Carson Concrete,

22  have you been employed in any other way since you

23  graduated college?

24         A.        After college, no.

25         Q.        Are you an officer of any other entity

Anthony John Samango, III    December 20, 2011

Page 15

1    from 1999 to the present?

2         A.         From 1999 to present?  Currently I'm a

3    partner in AJS Cranes and Creek Equipment, but right

4    now I can't remember anything else other than that.

5         Q.         Were AJS Cranes and Creek Equipment in

6    existence in 2005?

7         A.         No.

8         Q.         In 2005, where was Carson Concrete

9    located?

10        A.         In Conshohocken.

11        Q.         What was the address?

12        A.         625 West Ridge Pike.

13        Q.         Is Carson Concrete still located there?

14        A.         No.

15        Q.         Where is it located now?

16        A.         Five Creek Parkway in Booth Wyn.

17        Q.         And when was the move from Conshohocken

18   to Booth Wyn?

19        A.         October, 2008.

20        Q.         You mentioned you were an estimator in

21   2005.  Other than being an estimator, did you oversee

22   employees of Carson Concrete?

23                   MR. MARTIN:  Objection to form.  You

24   can answer.

25                   THE WITNESS:  I did some project

Anthony John Samango, III     December 20, 2011

Page 52

1    a hundred percent sure, but that wasn't what I did.

2         Q.     Were you ever an employee of CIP

3    Frames?

4         A.     Not that I know of.

5         Q.     Okay.  Were you ever an officer of CIP

6    Frames?

7         A.     No.

8         Q.     Do you know who the president of CIP

9    Frames was?

10        A.      I'm not really familiar with the

11   officers of that company.

12        Q.      Your father testified that the

13   officer -- that the president of CIP Frames was a man

14   by the name of David Johnson who was not someone --

15   who was not the operating engineer who at certain

16   times had worked for Carson Concrete.  Did you ever

17   meet the president of CIP Frames?

18             MR. MARTIN:  Objection to form.  You

19   can answer.

20             THE WITNESS:  Like I said, I wasn't

21   sure of the officers.  I mean I know who was

22   involved, I remember hearing that name, David Johnson

23   being involved with CIP Frames.  I believe I met him.

24   It's been a while.  I'm trying to think when it was.

25   Growing up I would go to some different -- I would go

Anthony John Samango, III      December 20, 2011

Page 45

1        A.        I don't remember exactly what the form

2    looked like, but I believe there was a form.

3        Q.        Do you know who created this form?

4        A.        No.

5        Q.        What was CIP Frames?

6        A.        I wasn't involved in it so I really

7    don't know a whole lot about it.  I probably learned

8    more from reading some things from our attorneys than

9    I did back then, for sure.

10       Q.        What --

11       A.        My father would know more about that

12   than I would.

13       Q.        What did you know back in 2005 about

14   CIP Frames?

15       A.        I just remember hearing -- you know, I

16   knew the name, possibly, and that was about it.  I

17   wasn't really involved.  I remember seeing some

18   checks and some different things like that, but like

19   I said, I wasn't -- really wasn't what I did.

20       Q.        You say you remember seeing checks.

21   What checks?

22       A.        I just remember signing checks that had

23   that on the top that they were -- somebody would ask

24   me to sign if my father wasn't around.

25       Q.        On what account, on the CIP Frames

Anthony John Samango, III    December 20, 2011

Page 49

1    how that you would approve -- in 2005 you would go

2    over the hours of the different field workers and you

3    would approve the hours and then you would take these

4    approved time sheets and put them somewhere?

5         A.      Right.

6         Q.      And I don't know where --

7         A.      Well, I put them in a box.  I just

8    can't remember if it was labeled CIP or if it was

9    blank or if it was whatever, but when somebody saw

10   checks there, they would know what to do with them.

11   I just don't remember what the label of the box was.

12   They were just clear.  Wasn't a folder, it was just a

13   clear box that was attached to the wall.

14        Q.      So these time sheets were different

15   than the checks you would later sign?

16        A.      Correct.

17        Q.      Do you know where CIP Frames was

18   located?

19        A.      No, I don't remember right now.

20        Q.      Did you ever know where CIP Frames was

21   located?

22        A.      Not that I remember right now.

23        Q.      Do you know what CIP Frames did in

24   2005?

25        A.      I mean I knew they were some sort of

Anthony John Samango, III    December 20, 2011

Page 50

1    labor company, but that's about all I know.

2         Q.    Did Carson Concrete have a business

3    relationship with CIP Frames?

4         A.    I don't know how to answer that because

5    I wasn't really involved.  I mean I know the name,

6    but I don't know what business relationship would

7    exactly mean, but I know that they did work together.

8         Q.    In what fashion?

9         A.    Some sort of labor company is really

10   the best I know.

11        Q.    What do you mean labor company?

12        A.    Well, I'm really -- I mean without

13   really guessing, I would rather not answer that

14   question.

15        Q.    You were involved, you were the project

16   manager in the Waterfront Square project, correct?

17             MR. MARTIN:  Objection to form.

18             THE WITNESS:  Correct.

19   BY MS. SAIZ:

20        Q.    In 2005.

21             And who were the field workers employed

22   by at the time?

23        A.    I believe they were employed by CIP

24   Frames.

25        Q.    So CIP Frames was providing the

Anthony John Samango, III    December 20, 2011

Page 51

1  employees to Carson Concrete for the Waterfront

2  Square project?

3         A.      That sounds about right, but like I

4  said, I wasn't involved in the dealings, so I'm not

5  sure exactly how it worked.

6         Q.      Were there any Carson Concrete

7  employees on the Waterfront Square project?

8         A.      Right now, I'm not sure.  I can't

9  remember specifically.

10        Q.      Okay.

11        A.      I believe it was CIP Frames, though.

12        Q.      You believe that they were CIP Frames?

13        A.      Correct.

14        Q.      Was James Hart a CIP employee during

15 the Waterfront Square project?

16        A.      I think he was.

17        Q.      And why do you think that?

18        A.      Well, I just remember signing some

19 paychecks that were CIP Frames.

20        Q.      To Mr. Hart?

21        A.      Yes.

22        Q.      And John Lewis, was John Lewis a CIP

23 Frames employee or a Carson Concrete employee?

24        A.      I believe that all the guys at

25 Waterfront were CIP Frames, but like I said, I'm not

Anthony John Samango, III    December 20, 2011

Page 139

1          A.       I just said I don't remember the unit.

2    Can you read back what I just said?  I just said I

3    don't remember the unit number.

4          Q.       That you lived in?

5          A.       Right.

6          Q.       Do you know anything about CIP Frames'

7    address?

8                   MR. MARTIN:  Objection to form.

9    BY MS. SAIZ:

10         Q.       You can answer.

11         A.       I don't know what the question is.

12         Q.       Do you know what CIP Frames' address

13   was --

14         A.       No.

15         Q.       -- in 2004?

16         A.       I wasn't involved in any of that part

17   at all, so I don't know.

18         Q.       Did your lack of involvement include

19   the incorporation of CIP Frames?

20         A.       Yeah.  I was not involved in that.  I

21   don't remember any at all -- I remember signing

22   checks, like I said, in my father's absence is really

23   what my memory of the whole thing was.

24         Q.       The whole thing being?

25         A.       The whole CIP Frames.

Anthony John Samango, III    December 20, 2011

Page 60

1    point I'm going to cut it off.

2    BY MS. SAIZ:

3         Q.      You can answer.

4         A.      There were some people in the general

5    building contractors association, I'm just trying to

6    think of their names that I met when I was younger.

7    There were some people in the carpenters company

8    which is not the carpenters union, it's more of a

9    networking -- networking different thing.  I just --

10   like I said, it was a long time ago.  I'm sure there

11   are other people, but just sitting here right now

12   with five people looking at me thinking of names that

13   are 20 years old.

14   BY MS. SAIZ:

15        Q.      I can ask you later.

16               Were you involved in the incorporation

17   of CIP Frames?

18        A.      No.

19        Q.      In 2003 through 2005, did you have any

20   communication with the David Johnson who is the

21   president of CIP Frames?

22        A.      What years was it?

23        Q.      I said 2003 through 2005.

24        A.      Did I personally?  No.

25        Q.      How about after 2005?

Anthony John Samango, III      December 20, 2011

Page 68

```
 1    not exactly how I sign it, I'm not saying somebody is
 2    forging it, but I'm saying it's a little different,
 3    but it's close.  I guess I'll say it is.
 4                  MR. MARTIN:  If you know.
 5    BY MS. SAIZ:
 6         Q.     Do you know who else would have signed
 7    your name?
 8         A.     No.  I probably signed it, I'm not
 9    saying that.  It doesn't look like my normal
10    signature.
11         Q.     When you look down at the mailing
12    address, do you know what address that is, do you
13    recognize that address?
14         A.     625 address?
15         Q.     Correct.
16         A.     Yes.
17         Q.     What is that address?
18         A.     The old office address.
19         Q.     Carson Concrete?
20         A.     Correct.
21         Q.     Do you know, when you signed this, was
22    the document filled out?
23         A.     Well, it says president of CIP which I
24    know I wasn't, so I don't think that was there.  I'm
25    pretty sure that wasn't there.  The rest of the
```

Anthony John Samango, III        December 20, 2011

Page 69

1    document I can't remember exactly because it doesn't

2    really matter that much, but since I wasn't

3    president, there is no reason for that to be there.

4           Q.        Do you know when you signed -- do you

5    know where you were when you signed this document?

6           A.        No, not specifically.

7           Q.        Did you ever go to the bank to sign?

8           A.        No, not that I remember.

9           Q.        Do you know who brought it to you?

10          A.        No, I can't remember right now.

11          Q.        You said your father asked you to be a

12   signatory on this account?

13          A.        I don't know if he asked me

14   specifically, I just remember him saying something

15   about if he wasn't around, somebody would have to

16   sign certain checks, day-to-day-type checks.

17          Q.        Do you remember discussing with him

18   whether David Johnson, the president of CIP Frames,

19   would be a signatory on the account?

20          A.        I wasn't involved in that decision.

21          Q.        So no?

22          A.        No, I don't remember speaking about

23   that.

24          Q.        And if you turn the page of Exhibit 3,

25   look at the top part, is that information related to

Anthony John Samango, III        December 20, 2011

Page 84

1        A.        I recognize my signature.  I guess I'll

2    say the same as last time, it's a little different

3    than my normal signature.

4        Q.        Do you have any reason to doubt the

5    authenticity of the signature?

6        A.        Sitting here, no, not right now.

7        Q.        And do you know what account this is

8    for?

9        A.        No.

10        Q.        From the face of the document can you

11    tell what the account number is?

12        A.        Well, it looks like it's a Commerce

13    account that ends in 345 which is different than the

14    last one that we talked about.

15        Q.        And again, the account holder, can you

16    tell who the account holder is?

17        A.        CIP Frames is what it says on the top.

18        Q.        And do you recognize that mailing

19    address?

20        A.        That was the old Carson mailing

21    address.

22        Q.        And when you filled out this

23    document -- when you signed this document which is

24    reflected in Exhibit 7, was the signature card filled

25    out?

Anthony John Samango, III       December 20, 2011

Page 85

1        A.       I guess I have the same answer as

2    before.   I mean I don't remember specifically, but I

3    wouldn't have signed something that says president

4    knowing that I wasn't president, so I believe that

5    that wasn't there.

6        Q.       And then turning to the second page

7    under where it says Anthony J. Samango, III, other

8    than the telephone number for your home number, is

9    everything else correct?

10       A.       It is, but I don't remember seeing this

11   second page either.   I don't remember there being a

12   second page.

13       Q.       And the ID, excuse me, is your license

14   number?

15       A.       Yes.

16       Q.       And do you know what this account was

17   used for?

18       A.       I'm not sure.

19       Q.       I show you what's been marked as

20   Exhibit 8.   If you need time to look at the --

21       A.       I guess I have to see what I'm looking

22   for.

23       Q.       And looking at the check, it says CIP

24   Frames, Inc, payroll 2.

25               MR. MARTIN:   Where are you looking?

Anthony John Samango, III      December 20, 2011

Page 95

1      Q.      And is that your signature?

2      A.      It looks like it.

3      Q.      And when you signed this signature

4  card, was this document filled out?

5              MR. MARTIN:  Objection to form.  You

6  can answer it.

7              THE WITNESS:  I'll answer the same way

8  I did the last two.  I wasn't president of CIP, so I

9  wouldn't have signed under there.  So I'm sure that

10 that wasn't there.  The rest of it doesn't mean a

11 whole lot, so I don't know.

12 BY MS. SAIZ:

13     Q.      Then on the second page under Anthony

14 J. Samango, III, other than the home phone numbers,

15 all the other information is accurate?

16     A.      Looks like it, but once again, I don't

17 remember the second page.

18     Q.      And under ID, that is your driver's

19 license?

20     A.      Yes.

21     Q.      And it's your Pennsylvania driver's

22 license?

23     A.      Right.

24     Q.      I'd like to show you what's been marked

25 as Exhibit 12.  Can you tell from the first check

Anthony John Samango, III        December 20, 2011

Page 109

1   I wasn't involved in that part of the business.

2       Q.      So in 2005, you were signing checks on

3   a CIP Frames account, correct?

4       A.      Well, I think we went over a lot of

5   them.

6       Q.      Right.  So the answer is yes?

7       A.      Yes.

8       Q.      And did you know who was the officer of

9   CIP Frames?

10              MR. MARTIN:  Objection to form.

11              THE WITNESS:  No, not at the time, I

12  mean I don't know the officers of any of the

13  companies we work with or for or under.

14  BY MS. SAIZ:

15      Q.      When was it that you learned that David

16  Johnson was president of CIP Frames?

17      A.      I don't remember the exact time.  I

18  mean sitting here right now I remember -- I know that

19  recently I've known that from the different things

20  I've read.  I just don't remember how far back it

21  goes.

22      Q.      How did you make the connection between

23  the officer of CIP Frames and the individual you met

24  in the '90s?

25              MR. MARTIN:  Objection to form.  Asked

Anthony John Samango, III      December 20, 2011

Page 111

1          A.        I believe that my father told me at

2     some point that I met him earlier, but I don't

3     remember the exact context or when that was.

4          Q.        What exactly did your father tell you?

5          A.        I don't remember the exact context or

6     when that was so I can't answer what exactly he told

7     me if I don't remember the exact context.

8          Q.        Was it before this litigation?

9          A.        I believe it was, but like I said, I

10    don't remember the exact time or context of what it

11    was.

12         Q.        Was it after the Waterfront Square

13    project?

14         A.        I mean I remember at some point that

15    there was a company, CIP Frames.  I don't know the

16    officers, like I said, who was the officer, I don't

17    know the specific details.  But I know that my father

18    made some agreement with CIP Frames, but I don't know

19    who was the president and who was the officers.  I

20    don't know those kind of details.  And I obviously

21    signed a lot of checks that had that company on it so

22    I was aware of the company, but I don't know the

23    details.

24         Q.        You said you were aware that your dad

25    got into an agreement with CIP Frames?

Page 154

1    I was approving hours and signing checks in people's

2    absence is what I was doing.  So no, I didn't -- I

3    said before, I didn't -- I wasn't involved in the

4    accounting part and I don't consider that accounting.

5            Q.        Other than working with CIP on the

6    Waterfront Square project, did you or Carson Concrete

7    ever work with CIP Frames in any other projects?

8            A.        I mean I can't answer for Carson

9    Concrete.  I don't -- sitting here right now, I don't

10   remember any other projects for myself, but like I

11   said, I wasn't involved very much so I don't know the

12   answer.  But I don't recall right now sitting here, I

13   don't recall my participation with CIP on other

14   projects.

15           Q.        Other than the Waterfront Square

16   project?

17           A.        Right.

18           Q.        Do you know who was involved with the

19   incorporation of CIP Frames?

20           A.        I believe I answered this before.  I

21   wasn't involved in it so I'm not sure.

22           Q.        Do you know who was?

23           A.        No, I really wasn't involved.  If

24   you're not involved, it's kind of hard to know.

25           Q.        Did you have any talks with your dad